[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT
_____

No. 13-13708
Non-Argument Calendar
_____

D.C. Docket No. 8:12-cr-00564-RAL-TGW-1

UNITED STATES OF AMERICA,

Plaintiff -Appellee,

versus

ERRARDO SANTILLANA,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Middle District of Florida
_____

(June 5, 2014)

Before TJOFLAT, MARCUS and JORDAN, Circuit Judges

PER CURIAM:

Cynthia J. Hernandez, appointed counsel for Errardo Santillana, has filed a motion to withdraw on appeal, supported by a brief prepared pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967).  Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct.  Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and the conviction and sentence are **AFFIRMED**.